## IN THE SUPREME COURT OF THE STATE OF NEVADA

KELVIN LEE WILSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 68395

FILED

APR 1 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER OF AFFIRMANCE*

This is a pro se appeal from an order denying a motion to modify sentence.[1]  Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

In his motion filed on May 11, 2015, appellant claimed that the district court based his sentence on a mistaken belief that he was on parole at the time he committed four armed robberies and that the number of armed robberies was actually higher.  Appellant failed to demonstrate that the district court relied on mistaken assumptions regarding his criminal record that worked to his extreme detriment.  *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996).  Therefore,

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

16-11809

we conclude that the district court did not err in denying appellant's motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:    Hon. Eric Johnson, District Judge
       Kelvin Lee Wilson
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk